IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA      *

      APPELLEE,

          *

    v.           Record No. 12-4698

OCTAVIUS STRONG,      *

      APPELLANT,

*    *    *    *    *    *    *    *    *

MOTION TO POSTPONE DATE TO FILE BRIEFS

OCTAVIUS STRONG, Appellant, by Jonathan Gladstone, counsel, move this

Court to extend for thirty days the date for filing briefs. In support of his motion

Appellant state:

1.     The undersigned has been appointed to represent Appellant, and the current

due date for the opening brief is January 2, 201.

2.     The undersigned has been communicating with the government about

whether it would be filing a dismissal motion in relation to an appeal waiver

provision;

3.     The government has recently indicated that it will await its opportunity to

raise that issue until it files its brief;

4.     The undersigned needs a short extension to allow for consultation with the

government regarding the joint appendix as well as completion of the

opening brief.

5.    AUSA Michael Hanlon has indicated that he has no objection to

Appellant's request.

Wherefore, Appellant requests that the date for filing of his opening brief be

extended to February 2, 2013, with the deadlines for the ensuing briefs to be extended for

a similar period of time.

Respectfully submitted,

Law Offices of Jonathan Gladstone
113 Ridgely Ave.
Annapolis MD 21401

By  /s/ Jonathan Gladstone
Jonathan Gladstone

(410)974-6903

Certificate of Service

I hereby certify that on December 28, 2012, I electronically filed the foregoing with the Clerk of
Court using the CM/ECF System, which will send notice of such filing to the following registered
CM/ECF users: Michael Hanlon, Esq. and Henry Brandis Marsh, Esq., Office of the US Attorney,
36 S. Charles St., Fourth Floor, Baltimore, MD 21201

 /s/ Jonathan Gladstone
Jonathan Gladstone, Esq.